UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATRICIA LANIER,

       Plaintiff,

Case No. 12-11899

Honorable John Corbett O'Meara

v.

SOUTHFIELD POLICE DEPARTMENT,

       Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IFP AND DISMISSING COMPLAINT**

Plaintiff Latricia Lanier filed a *pro se* complaint in this court along with an application to proceed *in forma pauperis* on April 27, 2012.

Complaints filed *in forma pauperis* are subject to the screening requirements of 28 U.S.C. § 1915(e)(2).  Brown v. Bargery, 207 F.3d 863, 866 (6th Cir. 2000).  Section 1915(e)(2) requires district courts to screen and dismiss complaints that are frivolous, fail to state a claim upon which relief can be granted, or that seek monetary relief from a defendant who is immune from such relief.

In this case plaintiff Lanier has failed to specify a federal question upon which relief may be granted, and the parties to this action are not citizens of different states.  Therefore, the court lacks federal subject matter jurisdiction to hear the matter.

**ORDER**

It is hereby **ORDERED** that plaintiff Lanier's application to proceed *in forma pauperis* is **GRANTED.**

It is further **ORDERED** that plaintiff Lanier's complaint is **DISMISSED.**

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: May 30, 2012

     I hereby certify that a copy of the foregoing document was served upon Plaintiff on this date, May 30, 2012, using first-class U.S. mail.

                                          s/William Barkholz
                                          Case Manager